# Exhibit 2

| U.S. Patent No. 10,491,646 B2 [Claim] | iHeartRadio App [Relevant Text / Images] |
|---|---|
| Claim 7.1 An apparatus comprising: a media management device hosting a media management mechanism to facilitate user-controlled features relating to media content in media communities, the media management device including a processing device coupled to memory, the processing device to: | As highlighted below, the iHeartRadio app describes user-controlled features related to media content (for e.g. songs, Search, Playlist, etc.), and offline downloads implies use of local memory on the device (downloads saved for offline listening). The app's logic processes these saves and retrievals via device processor, satisfying processing + memory usage, though architecture details are implicit. **Product Related Information Below:** |

1

| U.S. Patent No. 10,491,646 B2 [Claim] | iHeartRadio App [Relevant Text / Images] |
|---|---|
|  |  |

2

| U.S. Patent No. 10,491,646 B2 [Claim] | iHeartRadio App [Relevant Text / Images] |
|---|---|
| Claim 7.2 facilitate displaying of an interactive user interface while playing a media item media-enabled computing device, wherein the media item comprises an audio item or a video item; | As highlighted below, the iHeartRadio player shows an interactive UI and remains interactive, while audio plays, allowing pause, like, add to favorites, or playlist addition during playback functions.<br><br>**Product Related Information Below:**<br><br> |

| U.S. Patent No. 10,491,646 B2 [Claim] | iHeartRadio App [Relevant Text / Images] |
|---|---|
| | **About this app**  → <br><br> Listen to thousands of live radio stations, podcasts, playlists and music for every mood - anytime, anywhere, all in the one free app. Stream new songs and podcasts on any device, including smartphones, tablet, Chromecast and Wear OS. Create your own custom stations or never miss a minute of your favourite shows. <br><br> https://play.google.com/store/apps/details?id=com.clearchannel.iheartradio.controller&hl=en_IN |
| Claim 7.3 and facilitate selecting of a playlist assistance function using the user interface at the media-enabled computing device, wherein the playlist assistance function to facilitate locating, identifying, and displaying of results based on search criteria associated with media items such that prior to the results being displayed, | As highlighted below, iHeartRadio platform includes a "Browser" function allow locating playlists or tracks based on music, artist, or podcast. Here, the Browser tab can be considered as playlist assistance function that displaying the results based on the search criteria associated the media item prior to the results being displayed. (For e.g. music, artist, or podcast etc.) <br><br> **Product Related Information Below:** |

| U.S. Patent No. 10,491,646 B2 [Claim] | iHeartRadio App [Relevant Text / Images] |
|---|---|
|  |  https://apps.microsoft.com/detail/9wzdncrfj223?hl=en-US&gl=US |

5

| U.S. Patent No. 10,491,646 B2 [Claim] | iHeartRadio App [Relevant Text / Images] |
|---|---|
|  |  https://apps.apple.com/us/app/iheart-play-listen-to-music/id290638154 |
| Claim 7.4 the results | As indicated below, the users can refine searches by keywords such as artist name, track title, or |

| U.S. Patent No. 10,491,646 B2 [Claim] | iHeartRadio App [Relevant Text / Images] |
|---|---|
| are exactly matched with one or more search categories and other contents of the search criteria, wherein the results include one or more playlists that are classified as a final output without any recommendations or suggestions, wherein the one or more playlists include a one or more media items that coincide with the one or more search categories based on the search criteria, | podcast title to obtain precise results. The search mechanism will filters and displays playlists or tracks that match the entered criteria, effectively generating results aligned with specific search categories. This behavior corresponds to the claim requirement that results be matched with one or more search categories and other contents of the search criteria prior to display.<br><br>**Product Related Information Below:**<br><br><br><br>https://apps.microsoft.com/detail/9wzdncrfj223?hl=en-US&gl=US |

7

| U.S. Patent No. 10,491,646 B2 [Claim] | iHeartRadio App [Relevant Text / Images] |
|---|---|
| | The free trial for iHeartRadio All Access is just that! A free trial where you get to test out all the features of the service absolutely free. You'll have access to: <br><br> • Listen to hundreds of broadcast radio stations streaming Commercial-Free <br><br> • Ad Free Playlists and Artist Stations <br><br> • No skip limit <br><br> • Create unlimited personalized playlists <br><br> • Search and play any song, album, and playlist with our library of *millions* of songs on demand <br><br> • Save and replay any song with our music app from the radio <br><br> • Download music to your iPhone, Tablet, or Android to listen offline <br><br> https://help.iheart.com/hc/en-us/articles/235720987-What-is-the-iHeartRadio-All-Access-Free-Trial |

8

| U.S. Patent No. 10,491,646 B2 [Claim] | iHeartRadio App [Relevant Text / Images] |
|---|---|
| |  **iHeartRadio App Demo** https://www.youtube.com/watch?v=t9R9VdewX_8 |
| Claim 7.5 wherein depending on the search criteria, the processing device to refresh the results and other information including user identifications, shared user identifications, artist data, themes, a social media webpage associated with a user, | As highlighted below, the search function dynamically updates the user's feed and recommendations based on search activity and interactions. In addition, user playlists are automatically refreshed and reflected across the connected player and shared social media interfaces. **Product Related Information Below:** |

9

| U.S. Patent No. 10,491,646 B2 [Claim] | iHeartRadio App [Relevant Text / Images] |
|---|---|
| and the one or more playlists, | <br><br>iHeartRadio App Demo |

10

| U.S. Patent No. 10,491,646 B2 [Claim] | iHeartRadio App [Relevant Text / Images] |
|---|---|
| | <br>**iHeartRadio App Demo**<br>https://www.youtube.com/watch?v=t9R9VdewX_8 |

11

| U.S. Patent No. 10,491,646 B2 [Claim] | iHeartRadio App [Relevant Text / Images] |
|---|---|
|  |  https://apps.apple.com/us/app/iheart-play-listen-to-music/id290638154 |

12

| U.S. Patent No. 10,491,646 B2 [Claim] | iHeartRadio App [Relevant Text / Images] |
|---|---|
| | |

13

| U.S. Patent No. 10,491,646 B2 [Claim] | iHeartRadio App [Relevant Text / Images] |
|---|---|
|  | • *Business Partners and Other Third Parties*. We may disclose or make available personal information to our sponsors, partners, advertisers, advertising networks, advertising servers, and analytics companies or other parties in connection with our and their marketing, promotional, and other offers, as well as product information. These parties may use your personal information for their own advertising, analytics, planning, market research, or other business purposes. We may also disclose your personal information to the rights holders that license content to iHeartMedia to stream on the Platforms (e.g., artists or record labels). If you connect your iHeartMedia account to a third-party application or social media platform, iHeartMedia may automatically disclose your personal information to that service, and such information may be attributed to your account on the third-party platform and published on such service. Likewise, if you log into a third-party application with your iHeartMedia account, that application may have access to certain information such as your iHeartMedia playlists and activity.<br><br>https://www.iheart.com/content/privacy-and-cookie-notice/ |
| Claim 7.6 wherein the selection of the playlist assistance function facilitates performance of one or more tasks, wherein the one or more tasks comprise interactively displaying, by the user interface, a plurality of playlists having multiple sets of playlists offering multiple media items, | As highlighted below, the search tab (playlist assistance function) presents a plurality of playlists having multiple sets of playlists offering multiple media items, and track collections interactively under each search keyword.<br><br>**Product Related Information Below:** |

| U.S. Patent No. 10,491,646 B2 [Claim] | iHeartRadio App [Relevant Text / Images] |
|---|---|
| |  iHeartRadio App Demo |

15

| U.S. Patent No. 10,491,646 B2 [Claim] | iHeartRadio App [Relevant Text / Images] |
|---|---|
| | <br>**iHeartRadio App Demo**<br>https://www.youtube.com/watch?v=t9R9VdewX_8 |
| Claim 7.7 wherein the media-enabled computing device comprises one or more of a smartphone, a tablet computer, a wearable smart device, a laptop computer, and a desktop computer, | **Product Related Information Below:** |

| U.S. Patent No. 10,491,646 B2 [Claim] | iHeartRadio App [Relevant Text / Images] |
|---|---|
| wherein the media-enabled computing device includes a media player, | <br><br>https://apps.apple.com/us/app/iheart-play-listen-to-music/id290638154 |

17

| U.S. Patent No. 10,491,646 B2 [Claim] | iHeartRadio App [Relevant Text / Images] |
|---|---|
|  |  https://apps.microsoft.com/detail/9wzdncrfj223?hl=en-US&gl=US |
| Claim 7.8 wherein the one or more search categories include at least one of one or more titles, one or more artists, one or more albums, and one or more genres relating to the media item, wherein the playlist | **Product Related Information Below:** |

18

| U.S. Patent No. 10,491,646 B2 [Claim] | iHeartRadio App [Relevant Text / Images] |
|---|---|
| assistance function is further to facilitate shuffling or sorting and playing of the one or more playlists, |  https://apps.microsoft.com/detail/9wzdncrfj223?hl=en-US&gl=US |

19

| U.S. Patent No. 10,491,646 B2 [Claim] | iHeartRadio App [Relevant Text / Images] |
|---|---|
|  | <br><br>**iHeartRadio App Demo**<br>https://www.youtube.com/watch?v=t9R9VdewX_8 |

20

| U.S. Patent No. 10,491,646 B2 [Claim] | iHeartRadio App [Relevant Text / Images] |
|---|---|
| | **What's My Playlist?**<br><br>My Playlist is a feature found in the Your Playlists section of **Your Library** tab. To add more songs to My Playlist, simply tap the add to playlist button on the player and choose My Playlist.<br><br>As a Free iHeartRadio user, you have the ability to add as many songs as you want to My Playlist, as well as listen to these songs on shuffle.<br><br>As an iHeartRadio Plus user, you can have up to 40 songs at a time in your My Playlist. You need to be an All Access user to edit, order, and delete songs from the playlist.<br><br>With iHeartRadio All Access there is no limit to the number of songs you can add to your playlists or the amount of playlists you can create.<br><br>https://help.iheart.com/hc/en-us/articles/115000242952-What-s-My-Playlist#:~:text=My%20Playlist%20is%20a%20feature,of%20playlists%20you%20can%20create. |
| Claim 7.9 wherein selecting further includes dynamically identifying and selecting media content from the one or more playlists while the media content is being displayed in accordance with one or more queries, wherein the media content includes the media item, | As highlighted below, the app enables users to dynamically select, skip, or reorder tracks in a playlist while playback continues. This fulfills the dynamic identification and selection of media content requirement.<br><br>**Product Related Information Below:** |

21

| U.S. Patent No. 10,491,646 B2 [Claim] | iHeartRadio App [Relevant Text / Images] |
|---|---|
|  |  iHeartRadio App Demo |

| U.S. Patent No. 10,491,646 B2 [Claim] | iHeartRadio App [Relevant Text / Images] |
|---|---|
| |  iHeartRadio App Demo |

| U.S. Patent No. 10,491,646 B2 [Claim] | iHeartRadio App [Relevant Text / Images] |
|---|---|
| | <br><br>**iHeartRadio App Demo**<br>https://www.youtube.com/watch?v=t9R9VdewX_8 |

| U.S. Patent No. 10,491,646 B2 [Claim] | iHeartRadio App [Relevant Text / Images] |
|---|---|
| | Editing, Renaming or Deleting a Playlist on iHeart.com **Editing a Playlist** 1. Select **Your Library** from the menu at the top of your browser page on iHeart.com. 2. Choose the playlist you wish to edit and tap the edit button on the top of screen. 3. Delete a song off the playlist by tapping the 'X' button on the left. 4. Drag the song up or down by using the three horizontal lines on the right. 5. Tap Done on the bottom of the screen once you're happy with the changes you've made to your playlist. Or, you can hit Cancel to reverse any changes you've just made. https://help.iheart.com/hc/en-us/articles/115000243052-How-do-I-edit-playlists |
| Claim 7.10 wherein the results further include one or more gates to the one or more playlists, one or more links to one or more media communities or services, and a dynamic feed offering a set of data relating to a user or one or more other users having access to the user interface, | As highlighted below, the app also provides the current playing song is belongs to which playlist or the community links. The product also includes links to external media communities or services, such as Facebook integration via login and sharing, which connects the user's iHeartRadio content with social media applications. Additionally, the app dynamically generates interface sections such as "For you" and personalized content recommendations that update based on the specific user's listening behavior, providing a feed of data tied to the user and accessed through the UI. Sharing or auto sync features further connect other users to these dynamic content feeds. **Product Related Information Below:** |

25

| U.S. Patent No. 10,491,646 B2 [Claim] | iHeartRadio App [Relevant Text / Images] |
|---|---|
| |  **iHeartRadio App Demo** |

26

| U.S. Patent No. 10,491,646 B2 [Claim] | iHeartRadio App [Relevant Text / Images] |
|---|---|
| |  |

| U.S. Patent No. 10,491,646 B2 [Claim] | iHeartRadio App [Relevant Text / Images] |
|---|---|
|  |  iHeartRadio App Demo<br><br>https://www.youtube.com/watch?v=t9R9VdewX_8<br><br>● *Business Partners and Other Third Parties.* We may disclose or make available personal information to our sponsors, partners, advertisers, advertising networks, advertising servers, and analytics companies or other parties in connection with our and their marketing, promotional, and other offers, as well as product information. These parties may use your personal information for their own advertising, analytics, planning, market research, or other business purposes. We may also disclose your personal information to the rights holders that license content to iHeartMedia to stream on the Platforms (e.g., artists or record labels). If you connect your iHeartMedia account to a third-party application or social media platform, iHeartMedia may automatically disclose your personal information to that service, and such information may be attributed to your account on the third-party platform and published on such service. Likewise, if you log into a third-party application with your iHeartMedia account, that application may have access to certain information such as your iHeartMedia playlists and activity. |

28

| U.S. Patent No. 10,491,646 B2 [Claim] | iHeartRadio App [Relevant Text / Images] |
|---|---|
| | https://www.iheart.com/content/privacy-and-cookie-notice/<br><br>**Logging in with Facebook**<br><br>We're offering Facebook login to bring you the best possible listening experience! Using your Facebook account to access iHeartRadio gives you:<br><br>• **Music & Podcast Discovery** - We use information from your Facebook profile to recommend artist stations, local radio stations, playlists, and podcasts we think you'll enjoy.<br><br>• **Share** - Discover a song, station, or podcast you think a friend might enjoy? Share it to your story or feed.<br><br>• **Auto-sync** - Your saved stations automatically sync between iHeartRadio.com and your iPhone, Android, or iPad.<br><br>• **Personalization** - Your profile information is used to present age-appropriate content and ensure a safe environment for all users.<br><br>• **Easy Access** - No new username or password to remember.<br><br>iHeartRadio is committed to giving users controls to manage their privacy settings:<br><br>• **Control** - iHeartRadio doesn't automatically post to Facebook - you're in control of what you share.<br><br>https://help.iheart.com/hc/en-us/articles/228919147-Logging-in-with-Facebook |
| Claim 7.11 wherein the results are populated based on most popular playlists from a dynamic music service catalogue in accordance with the search criteria obtained through an initial user search associated with the user, wherein the | As highlighted below, the app enables display and sharing of tracks/playlists on social media or other user pages. After sharing, the shared track automatically displaying on the social media webpage associated with the user or social media webpages associated with the one or more other users.<br><br>**Product Related Information Below:** |

29

| U.S. Patent No. 10,491,646 B2 [Claim] | iHeartRadio App [Relevant Text / Images] |
|---|---|
| results further include automatically displaying the media item on the social media webpage associated with the user or sharing with and displaying at one or more social media webpages associated with the one or more other users, |   **iHeartRadio App Demo** |

| U.S. Patent No. 10,491,646 B2 [Claim] | iHeartRadio App [Relevant Text / Images] |
|---|---|
| |  |

| U.S. Patent No. 10,491,646 B2 [Claim] | iHeartRadio App [Relevant Text / Images] |
|---|---|
| |  **iHeartRadio App Demo** https://www.youtube.com/watch?v=t9R9VdewX_8 ● *Business Partners and Other Third Parties*. We may disclose or make available personal information to our sponsors, partners, advertisers, advertising networks, advertising servers, and analytics companies or other parties in connection with our and their marketing, promotional, and other offers, as well as product information. These parties may use your personal information for their own advertising, analytics, planning, market research, or other business purposes. We may also disclose your personal information to the rights holders that license content to iHeartMedia to stream on the Platforms (e.g., artists or record labels). If you connect your iHeartMedia account to a third-party application or social media platform, iHeartMedia may automatically disclose your personal information to that service, and such information may be attributed to your account on the third-party platform and published on such service. Likewise, if you log into a third-party application with your iHeartMedia account, that application may have access to certain information such as your iHeartMedia playlists and activity. |

| U.S. Patent No. 10,491,646 B2 [Claim] | iHeartRadio App [Relevant Text / Images] |
|---|---|
| | https://www.iheart.com/content/privacy-and-cookie-notice/ <br><br> **Logging in with Facebook** <br><br> We're offering Facebook login to bring you the best possible listening experience! Using your Facebook account to access iHeartRadio gives you: <br><br> • **Music & Podcast Discovery** - We use information from your Facebook profile to recommend artist stations, local radio stations, playlists, and podcasts we think you'll enjoy. <br><br> • **Share** - Discover a song, station, or podcast you think a friend might enjoy? Share it to your story or feed. <br><br> • **Auto-sync** - Your saved stations automatically sync between iHeartRadio.com and your iPhone, Android, or iPad. <br><br> • **Personalization** - Your profile information is used to present age-appropriate content and ensure a safe environment for all users. <br><br> • **Easy Access** - No new username or password to remember. <br><br> iHeartRadio is committed to giving users controls to manage their privacy settings: <br><br> • **Control** - iHeartRadio doesn't automatically post to Facebook - you're in control of what you share. <br><br> https://help.iheart.com/hc/en-us/articles/228919147-Logging-in-with-Facebook |
| Claim 7.12 wherein the playlist assistance function is represented as an icon on the user interface, wherein the playlist assistance function is further to individually locate and identify and display a title, an artist, an album, or a genre | As highlighted below, the iHeartRadio platform includes a 'search bar' icon at top (can be inferred as a Playlist assistance Function), that helps user to individually locate and identify and display a song title, an artist, an podcast, or a playlist based on the one or more search criteria. When user taps the Search icon, he can query by track title, artist name, album name, or genre, and UI displays results filtered by that specific criterion, without requiring all categories to be searched simultaneously. <br><br> **Product Related Information Below:** |

| U.S. Patent No. 10,491,646 B2 [Claim] | iHeartRadio App [Relevant Text / Images] |
|---|---|
| based on the one or more search criteria without locating or identifying each of the one or more titles, the one or more artists, the one or more albums, and the one or more genres, and | <br><br>https://apps.microsoft.com/detail/9wzdncrfj223?hl=en-US&gl=US |

| U.S. Patent No. 10,491,646 B2 [Claim] | iHeartRadio App [Relevant Text / Images] |
|---|---|
| |   iHeartRadio App Demo |

| U.S. Patent No. 10,491,646 B2 [Claim] | iHeartRadio App [Relevant Text / Images] |
|---|---|
| | <br>**iHeartRadio App Demo**<br>https://www.youtube.com/watch?v=t9R9VdewX_8 |
| Claim 7.13 wherein one or more changes selected by the user triggers identifying and updating of one or more collaborative applications associated with the user, wherein the one or more | As highlighted below, iHeartRadio supports integration or sync with other devices and social networking applications such as Facebook, enabling users to sign in with and share content through their social profiles. User-initiated actions including logging in via Facebook and sharing songs or playlists trigger the app to identify and update collaborative applications that include social networking websites (e.g., Facebook) with content associated with the user. iHeartRadio further updates its music player theme based on the playing content (for e.g. song). Additionally, the app responds to automatically update the theme changes (e.g., Dark/Light mode), altering its visual presentation of content accordingly. |

| U.S. Patent No. 10,491,646 B2 [Claim] | iHeartRadio App [Relevant Text / Images] |
|---|---|
| collaborative applications including social or business networking websites, wherein the one or more changes include changing a theme, wherein the results are further based on the one or more changes. | **Product Related Information Below:**<br><br>• *Business Partners and Other Third Parties.* We may disclose or make available personal information to our sponsors, partners, advertisers, advertising networks, advertising servers, and analytics companies or other parties in connection with our and their marketing, promotional, and other offers, as well as product information. These parties may use your personal information for their own advertising, analytics, planning, market research, or other business purposes. We may also disclose your personal information to the rights holders that license content to iHeartMedia to stream on the Platforms (e.g., artists or record labels). If you connect your iHeartMedia account to a third-party application or social media platform, iHeartMedia may automatically disclose your personal information to that service, and such information may be attributed to your account on the third-party platform and published on such service. Likewise, if you log into a third-party application with your iHeartMedia account, that application may have access to certain information such as your iHeartMedia playlists and activity.<br><br>https://www.iheart.com/content/privacy-and-cookie-notice/ |

| U.S. Patent No. 10,491,646 B2 [Claim] | iHeartRadio App [Relevant Text / Images] |
|---|---|
|  | **Logging in with Facebook**<br><br>We're offering Facebook login to bring you the best possible listening experience! Using your Facebook account to access iHeartRadio gives you:<br><br>• **Music & Podcast Discovery** - We use information from your Facebook profile to recommend artist stations, local radio stations, playlists, and podcasts we think you'll enjoy.<br><br>• **Share** - Discover a song, station, or podcast you think a friend might enjoy? Share it to your story or feed.<br><br>• **Auto-sync** - Your saved stations automatically sync between iHeartRadio.com and your iPhone, Android, or iPad.<br><br>• **Personalization** - Your profile information is used to present age-appropriate content and ensure a safe environment for all users.<br><br>• **Easy Access** - No new username or password to remember.<br><br>iHeartRadio is committed to giving users controls to manage their privacy settings:<br><br>• **Control** - iHeartRadio doesn't automatically post to Facebook - you're in control of what you share.<br><br>https://help.iheart.com/hc/en-us/articles/228919147-Logging-in-with-Facebook |

38

| U.S. Patent No. 10,491,646 B2 [Claim] | iHeartRadio App [Relevant Text / Images] |
|---|---|
| |  **iHeartRadio App Demo** |

| U.S. Patent No. 10,491,646 B2 [Claim] | iHeartRadio App [Relevant Text / Images] |
|---|---|
|  |  **iHeartRadio App Demo** https://www.youtube.com/watch?v=t9R9VdewX_8 |

40

| U.S. Patent No. 10,491,646 B2 [Claim] | iHeartRadio App [Relevant Text / Images] |
|---|---|
| | the iHeartRadio app will appear in dark mode automatically. If your device's theme changes automatically based on the time of day or room brightness, the iHeartRadio app will do the same.<br><br>You can also go into your iHeartRadio app settings by tapping on the gear icon at the top left of the app, and scroll down to Theming to manually change to Light mode, Dark mode, or System default.<br><br><br><br>Dark mode      Light mode |

41